UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| BAYER HEALTHCARE LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 11 Civ. 3047 (AKH) |
| | : | ECF CASE |
| ELI LILLY AND COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DISCLOSURE STATEMENT UNDER FEDERAL RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Bayer HealthCare LLC states that Bayer HealthCare LLC is a wholly owned subsidiary of Bayer Corporation.

Dated: May 4, 2011
       New York, New York

DEBEVOISE & PLIMPTON LLP

By: s/ David H. Bernstein
    David H. Bernstein (dhbernstein@debevoise.com)
    Michael Schaper (mschaper@debevoise.com)
    Christopher J. Hamilton (cjhamilton@debevoise.com)
919 Third Avenue
New York, New York 10022
(212) 909-6696 (telephone)
(212) 521-7696 (facsimile)

*Attorneys for Plaintiff Bayer HealthCare LLC*