UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
BAYER HEALTHCARE LLC,                   :
:
    Plaintiff,                        :
:    1:11-cv-3047-AKH
    v.                                :
:    RULE 7.1 STATEMENT
ELI LILLY AND COMPANY,                  :
:
    Defendant.                        :
:
---------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Eli Lilly and Company, by its undersigned attorneys, states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Dated:   New York, New York        Respectfully submitted,
          May 25, 2011

                                        /s/ Adam B. Michaels
                                        Adam B. Michaels (AM 9120)
                                        PEPPER HAMILTON LLP
                                        The New York Times Building
                                        620 Eighth Avenue
                                        New York, New York 10018-1405
                                        (212) 808-2700

                                        Counsel for Defendant, Eli Lilly and Company