UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                    :

BAYER HEALTHCARE LLC,              :

        Plaintiff,                             :

                                                    :    1:11-cv-3047-AKH

        v.                                  :

ELI LILLY AND COMPANY,          :

        Defendant.                            :

-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

        I hereby certify that on May 25, 2011 the foregoing i) Answer and Jury Demand; and ii) Rule 7.1 Statement were served via the Court's ECF system and by First Class Mail upon counsel of record for Plaintiff Bayer Healthcare LLC, as follows:

        David H. Bernstein, Esq.
        Michael Schaper, Esq.
        Christopher J. Hamilton, Esq.
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, New York 10022

                                                          /s/ Adam B. Michaels
                                                          Adam B. Michaels