UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BAYER HEALTHCARE LLC, | X<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | : Civil Action No. 11-cv-3047-AKH<br>: |
| ELI LILLY AND COMPANY, | :<br>: |
| Defendant. | :<br>X |

## DEFENDANT ELI LILLY AND COMPANY'S NOTICE OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

PLEASE TAKE NOTICE that, upon its Memorandum of Law in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) and Affidavit of Adam B. Michaels, sworn to June 27, 2011, and the exhibits annexed thereto, Defendant Eli Lilly and Company ("Lilly") will move this Court before the Honorable Alvin K. Hellerstein, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be designated by the Court, for an Order, pursuant to 28 U.S.C. § 1404(a), to transfer this case from the United States District Court for the Southern District of New York to the United States District Court for the Southern District of Indiana.

Dated:   New York, New York
         June 27, 2011

Respectfully submitted,

/s/ Adam B. Michaels
Adam B. Michaels (AM 9120)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 808-2700