UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAYER HEALTHCARE LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 11-cv-3047-AKH |
| ELI LILLY AND COMPANY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011 i) Lilly's Notice of Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a); ii) Lilly's Memorandum of Law in Support of Motion; and iii) Affidavit of Adam B. Michaels, together with exhibits were served via the Court's ECF system upon counsel of record for Plaintiff Bayer Healthcare LLC, as follows:

> David H. Bernstein, Esq.
> Michael Schaper, Esq.
> Christopher J. Hamilton, Esq.
> DEBEVOISE & PLIMPTON LLP
> 919 Third Avenue
> New York, New York 10022

/s/ Adam B. Michaels
Adam B. Michaels