UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BAYER HEALTHCARE LLC,                            :
                                                 :
                        Plaintiff,               :
                                                 :
            v.                                   :   Civil Action No. 11-cv-3047-AKH
                                                 :
ELI LILLY AND COMPANY,                           :
                                                 :
                        Defendant.               :
------------------------------------------------------------ X

## AFFIDAVIT OF ADAM B. MICHAELS

ADAM B. MICHAELS, being duly sworn, deposes and says:

1. I am an attorney at the law firm Pepper Hamilton LLP, counsel for defendant Eli Lilly and Company ("Lilly").

2. I submit this affidavit in further support of Lilly's Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a).

3. Annexed as Exhibit G is a true and correct copy of Bayer Cropscience's Mems. in Supp. of Mot. to Transfer, No. 4:11-cv-464-RWS (E.D. Mo. May 5, 2011).

4. Annexed as Exhibit H is a true and correct copy of Bayer Cropscience's Mems. in Supp. of Mot. to Transfer, No. 4:11-cv-464-RWS (E.D. Mo. June 16, 2011).

5. Annexed as Exhibit I is a true and correct copy of the Order Granting Transfer, No. 4:11-cv-464-RWS (E.D. Mo. July 15, 2011).

6. Annexed as Exhibit J is a true and correct copy of Bayer Animal Health, Community Involvement, http://www.bayer-ah.com/community.cfm (last visited July 28, 2011).

*[signature]*
_____
ADAM B. MICHAELS

Sworn to before me this
28th day of July, 2011

*[signature]*
_____
Notary Public

RUSSELL E. ADLER
Notary Public, State of New York
No. 02RU6062979
Qualified in Westchester County
Commission Expires Nov. 4, 20__