UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BAYER HEALTHCARE LLC, | X : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 11-cv-3047-AKH : |
| ELI LILLY AND COMPANY, | : : |
| Defendant. | : X |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2011 i) Lilly's Reply Memorandum of Law in Further Support of Motion; and iii) Affidavit of Adam B. Michaels, together with exhibits were served via the Court's ECF system upon counsel of record for Plaintiff Bayer Healthcare LLC, as follows:

      David H. Bernstein, Esq.
      Michael Schaper, Esq.
      Christopher J. Hamilton, Esq.
      DEBEVOISE & PLIMPTON LLP
      919 Third Avenue
      New York, New York 10022

      /s/ Adam B. Michaels
      Adam B. Michaels