UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
BAYER HEALTHCARE LLC,                        :
:
      Plaintiff,                          :
:     1:11-cv-3047-AKH
      v.                                  :
:     <u>NOTICE OF MOTION</u>
ELI LILLY AND COMPANY,                       :
:
      Defendant.                          :
:
-----------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the Affidavit of Adam B. Michaels, sworn to

September 9, 2011, and the Certificate of Good Standing annexed thereto, defendant Eli Lilly

and Company will move this Court before the Honorable Alvin K. Hellerstein, at the United

States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule

1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York, allowing the admission *pro hac vice* of Stephen Brooks, an attorney with

the law firm of Nelson Mullins Riley & Scarborough LLP and a member in good standing of the

Bar of the State of Georgia. There are no pending disciplinary proceedings against Mr. Brooks

in any state or federal court.

Dated:   New York, New York          Respectfully submitted,
        September 9, 2011

                                    Adam B. Michaels (AM 9120)
                                    PEPPER HAMILTON LLP
                                    The New York Times Building
                                    620 Eighth Avenue
                                    New York, New York 10018-1405
                                    (212) 808-2700

                                    Counsel for defendant
                                    Eli Lilly and Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :
BAYER HEALTHCARE LLC,                                     :
                                                          :
            Plaintiff,                                    :
                                                          :
                                                          :     1:11-cv-3047-AKH
            v.                                            :
                                                          :     AFFIDAVIT
ELI LILLY AND COMPANY,                                    :
                                                          :
            Defendant.                                    :
                                                          :
-----------------------------------------------------------X

STATE OF NEW YORK      )

COUNTY OF NEW YORK  )

       ADAM B. MICHAELS, being duly sworn, deposes and says:

       1.     I am a member in good standing of the bar of the State of New York and

was admitted to practice in 2003. I was also admitted to the bar of the United States District

Court for the Southern District of New York on July 8, 2003, and am in good standing with this

Court.

       2.     I am of counsel with the law firm of Pepper Hamilton LLP, counsel for

Defendant Eli Lilly and Company in the above-captioned action, and make this Affidavit in

support of the motion for the admission of Stephen Brooks to practice *pro hac vice* in the above-

captioned action.

       3.     Mr. Brooks is an attorney with the law firm of Nelson Mullins Riley &

Scarborough LLP. His telephone number is 404.322.6000. His e-mail address is

stephen.brooks@nelsonmullins.com. As shown in the Certificate of Good Standing annexed to

this Affidavit as Exhibit A, he is a member in good standing of the Bar of the State of Georgia, admitted in 1993.

4.     There are no pending disciplinary proceedings against Mr. Brooks in any state or federal Court.

5.     Mr. Brooks is a skilled attorney and a person of integrity. He is experienced in federal practice and with the Federal Rules of Civil Procedure.

6.     Accordingly, I am pleased to move the admission of Mr. Brooks *pro hac vice*.

7.     It is respectfully requested that the Court grant the motion for an order permitting Stephen Brooks to appear in this action as counsel for defendant Eli Lilly and Company for all purposes *pro hac vice*. A proposed order for Mr. Brooks's admission *pro hac vice* is annexed hereto as Exhibit B.

_____
ADAM B. MICHAELS

Sworn to before me this
9th day of September, 2011.

_____
Notary Public

MARIE A. RAMOS
NOTARY PUBLIC, State of New York
No. 01RA5038297
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Jan. 23, 20__

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, I caused a true and correct copy of the Notice of Motion for the *pro hac vice* admission of Stephen Brooks to be served via First Class U.S. Mail, as follows:

David H. Bernstein, Esq.
Michael Schaper, Esq.
Christopher J. Hamilton, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022

Adam B. Michaels

# STATE BAR
## OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Stephen Mann Brooks
Nelson Mullins Riley & Scarborough LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA 30363

| | |
|---|---|
| CURRENT STATUS: | Active Member-Good Standing |
| DATE OF ADMISSION: | 08/09/1993 |
| BAR NUMBER: | 085151 |
| TODAY'S DATE: | 08/31/2011 |

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- **Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court of Georgia, which is the highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



### STATE BAR OF GEORGIA

*Brandy Cleghorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                         :

BAYER HEALTHCARE LLC,           :

       Plaintiff,            :

          v.                 :     1:11-cv-3047-AKH

                         :     <u>ORDER FOR ADMISSION PRO HAC VICE</u>

ELI LILLY AND COMPANY,       :

       Defendant.          :

---------------------------------------------------------X

Upon the motion of Adam B. Michaels, attorney for defendant Eli Lilly and

Company and said sponsor attorney's affidavit in support,

IT IS HEREBY ORDERED that Stephen Brooks is admitted to practice *pro hac*

*vice* as counsel for defendant Eli Lilly and Company in the above captioned case. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rule

governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing

(ECF) password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of

Court.


Dated:_____


                                    _____

                                           U. S. D. J.