UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

BAYER HEALTHCARE LLC,

    Plaintiff,

v.

ELI LILLY AND COMPANY,

    Defendant.

---------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/11
```

1:11-cv-3047-AKH

ORDER FOR ADMISSION PRO HAC VICE

    Upon the motion of Adam B. Michaels, attorney for defendant Eli Lilly and Company and said sponsor attorney's affidavit in support,

    IT IS HEREBY ORDERED that Stephen Brooks is admitted to practice *pro hac vice* as counsel for defendant Eli Lilly and Company in the above captioned case. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rule governing discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Sept 16 2011

_____
U. S. D. J.